UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
)
)           3:15-cr-29
)
)
)
JAMES JENKINS )

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a

detention hearing, pursuant to the provisions of Title 18, United States Code, Section

3142, and that I understand that right.


_____  I HEREBY WAIVE my right to a detention hearing.

_____  I HEREBY WAIVE my right to a detention hearing in this district, and reserve
the right to move for a detention hearing in the district where the charges
originate.

__X__  I HEREBY WAIVE my right to a detention hearing at this time, and reserve
the right to move for detention hearing at a later date.


_____
DEFENDANT                          Date


_____
COUNSEL FOR DEFENDANT or Deputy Clerk


APPROVED: _____
United States Magistrate Judge