# UNITED STATES DISTRICT COURT

SEALED

for the
Eastern District of Tennessee

2015 AUG 18 A 1:5[?]

U.S. DISTRICT C[?]
[?]STERN DIST. T[?]

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:15-cr-29 |
| JAMES JENKINS | ) | Varlan/Shirley |
| | ) | |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMES JENKINS,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C); and money laundering in violation of Title 18, United States Code, Section 1956(h).

Date: 3-5-15

City and state: Knoxville, TN

*Issuing officer's signature*
DEBRA C. POPLIN, CLERK

*Printed name and title*

### Return

This warrant was received on *(date)* 3/6/15, and the person was arrested on *(date)* 08/10/2015
at *(city and state)* Knoxville, TN.

Date: 08/10/2015

*Arresting officer's signature*

Kris Myatt  FBI-TFO
*Printed name and title*