AO 442 (Rev. 01/09) Arrest Warrant                                                                                         FBI

# UNITED STATES DISTRICT COURT

SEALED

for the
Eastern District of Tennessee

2015 AUG 18 A 11: 51

U.S. DISTRICT COURT
EASTERN DIST. TENN.

2015 MAR -6 PM 12
U.S. MARSHAL
KNOXVILLE, TN
RECEIVED

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES JENKINS | ) Case No. 3:15-cr-29 |
| | ) Varlan/Shirley |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES JENKINS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C); and money laundering in violation of Title 18, United States Code, Section 1956(h).

Date: 3-5-15

*Issuing officer's signature*
DEBRA C. POPLIN, CLERK

City and state: Knoxville, TN

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/6/15, and the person was arrested on *(date)* 08/10/2015
at *(city and state)* Knoxville, TN.

Date: 08/10/2015

*Arresting officer's signature*

Kris Mynatt  FBI-TFO
*Printed name and title*

Case 3:15-cr-00029-TAV-CCS   Document 59   Filed 08/18/15   Page 1 of 1   PageID #: 380

FD - 9750910

1574-0307-0970-T