UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
v.                             )        No.:   3:15-CR-29-TAV-CCS
                               )
JAMES JENKINS,                 )
                               )
            Defendant.         )

## ORDER

This criminal case is before the Court on the defendant's Motion to Continue Trial [Doc. 66], in which the defendant moves the Court to continue the trial of this matter from October 20, 2015. In support of the motion, the defendant submits that the parties have been involved in a good faith effort to investigate and resolve this matter, but despite due diligence, additional time is needed to resolve certain pretrial matters. In addition, the defendant submits that granting a continuance will permit the parties the opportunity to make a full resolution of all issues pending against the defendant. The Court is informed that the defendant, who is detained pending trial, was advised that the time period between the filing of his motion and the new trial date will be excludable for speedy trial purposes. The defendant has informed the Court that he has not had an opportunity to discuss this motion with the government.

Upon consideration of the motion, it appears to the Court that the defendant needs additional time to discuss this case with counsel and prepare for trial, in the event that a

trial is necessary, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that failure to continue this case could likely result in a miscarriage of justice. *Id.* § 3161(h)(7)(B)(i). It therefore is the finding of this Court that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. *Id.* § 3161(h)(7)(A).

For good cause shown, the defendant's motion [Doc. 66] is **GRANTED**, and the trial of this case, previously scheduled for October 20, 2015, is **CANCELLED** and is rescheduled for **Tuesday, January 12, 2016, at 9:00 a.m.** The plea agreement deadline is extended to **Tuesday, January 5, 2016**. The period of time between the filing of the motion to continue and the new trial date shall be fully excludable under the Speedy Trial Act. *Id.* §§ 3161(h)(7)(A), (B).

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2